JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES— GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00605-SSS-DTB | Date | February 17, 2026 |
| Title | *Yuehui Chen v. Kristi Noem et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION [DKT. NO. 10] AND PETITION FOR HABEAS CORPUS [DKT. NO. 1] FOR MOOTNESS.**

Before this Court is Petitioner's Ex Parte Application for a Temporary Restraining Order, [Dkt. No. 10, "Application"], and Petition for Habeas Corpus, [Dkt. No. 1, "Habeas Petition"]. The contents of the Application and the Habeas Petitioner are identical in form and content to the documents filed in *Chen v. Noem*, Case No. 5:26-CV-00397-SSS-DTB, where the Court there granted Petitioner's Petition for Habeas Corpus and entered Judgment in favor of Petitioner, ordering her release. The Court thus **DENIES** the Application and Habeas Petition here due to mootness.

   **IT IS SO ORDERED.**